UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OAKWOOD HOMES CORPORATION, et. al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER RE and UNITED STATES FIDELITY & GUARANTY CO.,<br><br>Defendants. | Adv. Pro. No. 05-51766 |

## MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. § 157(d)

Defendants, United States Fidelity & Guaranty Company and Discovery Managers, Ltd.[1] ("Defendants"), by and through undersigned counsel, respectfully move, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Local Rule 5011-1, for withdrawal of the reference of the above-captioned Adversary Proceeding. Defendants have contemporaneously filed a Memorandum of Law in support of this Motion.

As described in greater detail in the Memorandum of Law, this action involves only claims under state law and therefore withdrawal of the reference is mandatory under 28 U.S.C. § 157(d). In addition, withdrawal of the reference is appropriate because "cause" exists under 28 U.S.C. § 157(d) as follows. This action is a non-core proceeding that can only be finally

---

1  The case caption improperly lists, and the text of the Complaint improperly refers to, Discover Re. In fact, the entity associated with the Oakwood insurance program is Discovery Managers, Ltd.

adjudicated by the District Court. As such, the District Court must enter the final orders in this case. Furthermore, this case was commenced after the consummation of the plan in this case, and has no impact on the prospects for reorganization in this bankruptcy case.

WHEREFORE, Defendants respectfully request that the Court enter an order substantially in the form attached hereto withdrawing the reference of this Adversary Proceeding in its entirety and granting such other relief as the Court determines to be just and appropriate..

Dated: June 6, 2006          CONNOLLY BOVE LODGE & HUTZ LLP

_[signature]_

Karen C. Bifferato (No. 3279)
Marc J. Phillips (No. 4445)
The Nemours Building
10007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

- AND -

Harold S. Horwich
Stephen M. Hryniewicz
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2700

*Attorneys for Defendants, United States Fidelity &
Guaranty Company and Discovery Managers, Ltd.*

#469011

UNITED STATES DISTRICTG COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OAKWOOD HOMES CORPORATION, et. al.,<br><br>                                      Debtor.<br>OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee,<br><br>     Plaintiff,<br>v.<br><br>DISCOVER RE and UNITED STATES FIDELITY & GUARANTY CO.,<br>     Defendants. | Chapter 11<br><br>Case No. 02-13396 (PJW)<br><br><br><br><br><br>Adv. Pro. No. 05-51766<br><br>**Related to Docket No.** _____ |

## ORDER GRANTING MOTION TO WITHDRAW REFERENCE

Upon consideration of the **Motion to Withdraw Reference Pursuant to 28 U.S.C. § 157(d)** (the "Motion") filed by United States Fidelity & Guaranty Company and Discovery Managers, Ltd., the defendants in the above-captioned adversary proceeding, and all responses and objections, if any,

IT IS HEREBY ORDERED THAT

1.    The Motion is GRANTED.

2.    The reference of the above-captioned Adversary Proceeding to the Bankruptcy Court is hereby WITHDRAWN in its entirety.

Dated: _____, 2006

                                                      _____
                                                      United States District Court Judge

#469011

**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**Adversary Case #:05-51766  OHC v. Discover Re and United States Fidelity & Guaranty**
**Related Bankruptcy Case #: 02-13396 Oakwood Homes Corporation**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Mary Ellen Behornar |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 Recover Money/Property |
| **Cause of Transmittal:** | **Motion for Withdrawal of Reference dated 6/6/2006**, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | OHC Liquidation Trust v.Discover Re and United States Fidelity & Guaranty |
| **Plaintiff's Counsel:** | Donna L. Culver |
| | Morris Nichols Arsht & Tunnell |
| | 1201 North Market Street |
| | P.O.Box 1347 |
| | Wilmington, DE 19899 |
| | Email: dculver@mnat.com |
| | |
| | Robert J. Stark |
| | Seven Times Square |
| | New York, NY 10036 |
| | 212-704-0100 |
| **Defendant's Counsel:** | Karen C. Bifferato |
| | Marc J. Phillips |
| | Margaret E. Juliano |
| | Connolly Bove Lodge & Hutz LLP |
| | The Nemours Building |
| | 1007 North Orange Street |
| | Wilmington, DE 19899 |