IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| OAKWOOD HOMES CORPORATION, | : | |
| et al., | : | Bankruptcy Case No. 02-13396- |
| | : | PJW |
| Debtor. | : | |
| | : | |
| OHC LIQUIDATION TRUST, by and | : | |
| through Alvarez & Marshal, LLC, | : | |
| the OHC Liquidation Trustee, | : | |
| | : | Adversary No. 05-51766-PJW |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-436-JJF |
| | : | |
| DISCOVERY RE and UNITED STATES | : | |
| FIDELITY & GUARANTY Co., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington, this __17__ day of July 2007, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the Motion of Defendants Discovery RE and United States Fidelity & Guaranty Co. To Withdraw The Reference To The Bankruptcy Court (D.I. 1) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE